# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2020

160931 & (86)(91)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LORI MATHESON, a/k/a LORI
ANN SCHMITT,
        Plaintiff-Appellant,

v

MICHAEL SCHMITT,
        Defendant-Appellee.

SC: 160931
COA: 347022
Oakland CC: 2015-831539-DM

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The emergency motion is GRANTED in part and DENIED in part. The request for immediate consideration is GRANTED. The request to stay trial court proceedings is DENIED. The application for leave to appeal the November 21, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2020



b0303

Clerk